UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:08-CR-97 |
| v. | ) | |
| | ) | Judge Mattice/Carter |
| | ) | |
| JOHN TALLEY JOHNSON, JR. | ) | |

## ORDER

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee, it is hereby

ORDERED that the Clerk of this Court be and is hereby instructed to issue a writ of <u>habeas corpus ad prosequendum</u> to the Sheriff, Bradley County, Cleveland, Tennessee, requiring said Sheriff to have JOHN TALLEY JOHNSON, JR. before this Court on the **23rd** day of **October, 2008**, for a hearing and to have him here each day thereafter until said case is disposed of, and upon completion of the case, to return him to the Sheriff, Bradley County, Tennessee and it is further

ORDERED that in the event the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy Marshal, is directed to receive said JOHN TALLEY JOHNSON, JR. into his custody and transport him from his place of current incarceration to appear before this Court for the aforesaid purpose.

ENTER.

_____
WILLIAM B. MITCHELL CARTER
U.S. MAGISTRATE JUDGE